# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Denise E. Wagner,

      Plaintiff,                      Civil No. 08-1037 (RHK/AJB)

vs.                                **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., Wyeth Pharmaceuticals, Inc., Pharmacia & Upjohn Company LLC, Pfizer, Inc.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 15, 2008

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge